Craig A. Brandt (SBN 133905)
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue
Oakland, CA 94618
Telephone: (510) 601-1309
Email: craigabrandt@att.net

Attorneys for Plaintiff
EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RAYNER RESOURCES, formerly known as CALIFORNIA PAVEMENT MAINTENANCE COMPANY, INC., et al,<br><br>Defendants. | Case No.: 2:19-cv-02357 JAM<br><br>**JOINT REQUEST FOR ENTRY OF CONSENT DECREE AND DISMISSAL; ORDER** |

Plaintiff EDEN Environmental Citizen's Group, LLC ("Plaintiff") and Defendants Rayner Resources, formerly known as California Pavement Maintenance Company, Inc., Richard D. Rayner, Gordon L. Rayner and Kris Hendren ("Defendants"), collectively hereafter "Parties", hereby submit this Joint Request for Entry of their proposed Consent Decree (attached hereto as Exhibit "A"), and for Dismissal of this matter with prejudice.

WHEREAS, on April 2, 2021, the Parties notified the Court that they had reached a settlement of this action and would be submitting their Consent Decree to the U.S. Environmental Protection Agency and the U.S. Department of Justice (the "federal agencies") for a mandatory 45-day statutory review period, consistent with 33 U.S.C. Section 1365(c) and 40 C.F.R. Section 135.5.

JOINT REQUEST FOR DISMISSAL - 1

WHEREAS, the 45-day statutory review period expired on May 17, 2021, without objection from the federal agencies.

WHEREFORE, the Parties hereby stipulate that the effective date of the Consent Decree shall be the date the Court enters the Consent Decree.

WHEREFORE, the Parties further stipulate and request that the Court approve and enter the Consent Decree as an Order of the Court, order that the above-captioned action against Defendants be dismissed with prejudice, and retain jurisdiction over the Parties for the sole purpose of enforcing compliance by the Parties with the terms of the Consent Decree until the Consent Decree terminates;

WHEREFORE, the Parties respectfully stipulate and request the Court to approve and enter the Order attached hereto.

Dated: May 26, 2021  LAW OFFICE OF CRAIG A. BRANDT

By: /s/ Craig A. Brandt
    Craig A. Brandt
    Attorney for Plaintiff

Dated: May 26, 2021  ABBOTT & KINDERMANN, INC.

By: /s/ Diane Kindermann
    Diane Kindermann
    Attorney for Defendants

*Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

**ORDER**

IT IS HEREBY ORDERED that the Consent Decree attached hereto as Exhibit "A" is fully incorporated herein by reference and is entered as an Order of the Court.

IT IS FURTHER ORDERED that the above-captioned action against Defendants is dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the Parties for the sole purpose of enforcing compliance by the Plaintiff and Defendants with the terms of the Consent Decree until the Consent Decree terminates.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE